# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RODNEY L. JONES**  **PLAINTIFF**
**ADC #148884**

v.  No. 4:23-cv-00876-LPR-JJV

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe (Doc. 44) and the Plaintiff's Objections (Doc. 46). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court agrees that the Plaintiff's Motion for Judgment on the Pleadings should be denied. But the Court comes to this conclusion via a different route than the analysis in the PRD. The Motion for Judgment on the Pleadings violates Local Rule 7.2(a) because it is not accompanied by a separate brief. I would, and do, deny the Motion on this basis alone—reserving comment on any other potential basis of denial at this time.

Accordingly, Plaintiff's Motion for Judgment on the Pleadings (Doc. 42) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 28th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE