# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RODNEY L. JONES**  **PLAINTIFF**
**ADC #148884**

v.   No. 4:23-cv-00876-LPR-JJV

**DEXTER PAYNE,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe (Doc. 51). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects. Accordingly, Defendant Jackson's Motion for Summary Judgment (Doc. 47) is DENIED.[1]

IT IS SO ORDERED this 28th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court is less certain than the PRD is that (1) the language of the grievance-appeal with respect to Warden Jackson is about anything other than Jackson's denial of the grievance, and (2) that the Director's response reached the merits of any action of Jackson. But the language is cryptic enough that there is a genuine dispute of material fact precluding summary judgment on exhaustion grounds. If reasonable inferences are drawn in favor of Plaintiff, the PRD is correct.