# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RODNEY L. JONES**  **PLAINTIFF**
**ADC #148884**

v.  No. 4:23-CV-00876-LPR

**DEXTER PAYNE, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 85) and the Plaintiff's Objections (Doc. 86). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 79) is GRANTED. Judgment will be entered for Defendants on Plaintiff's Fourteenth Amendment equal protection claims against them.[2] The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff states in his Objections that (1) he applied to the SEARK program again in November 2024, (2) he is still awaiting a decision on that application, and (3) the delay is discriminatory. *See* Doc. 86 at 6. The Court reiterates Judge Volpe's statement that "this case only involves Plaintiff's May 2023 application." RD (Doc. 85) at 3 n.3. If Plaintiff's subsequent application is again denied, and Plaintiff believes such denial to be in violation of law, he may challenge the denial by bringing a complaint in a new civil case, if he so chooses.

[2] Technical edits have been made to the RD concerning the disposition of this case. Additionally, the Court assumes that, on the last line of page 4 of the RD, the word "not" was accidentally omitted between the word "was" and the word "affected." Context makes this apparent.